USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHNNY FERNANDEZ,

                Plaintiff,

                19 civ 3496 (JGK)

-against-

**ORDER**

RAY and FRANK'S LIQUOR STORE, INC., et al.
                Defendants.
-----------------------------------------------------------X

The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **March 4, 2020.**

The conference scheduled for Thursday, February 20, 2020, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         February 19, 2020