```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOHNNY FERNANDEZ AND RESCALVO
MERCENARIO, on behalf of themselves
and others similarly situated,	19-cv-3496 (JGK)

                Plaintiffs,	ORDER

    - against -

RAY AND FRANK LIQUOR STORE INC. AND
RAYMOND FRIAS,

                Defendants.

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference on March 24, 2020, the plaintiffs will submit a letter by **April 3, 2020** to the Court whether the plaintiffs agree to the proposed changes to the settlement agreement.

**SO ORDERED.**

Dated:    New York, New York
           March 24, 2020

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge