United States District Court
Southern District of New York

_____

JOHNNY FERNANDEZ and RESCALVO
MERCENARIO, on behalf of themselves
and others similarly situated,                    19-cv-3496 (JGK)

                          Plaintiffs,             ORDER

          - against -

RAY AND FRANK LIQUOR STORE INC., ET
AL,

                          Defendants.

_____

JOHN G. KOELTL, District Judge:


    The plaintiffs are directed to comply with the Court's

Order dated March 24, 2020 by **April 24, 2020,** together with an

explanation why there was no timely compliance with the March

24, 2020 Order.



SO ORDERED.

Dated:    New York, New York
          April 10, 2020          _____/s/ John G. Koeltl_____
                                      John G. Koeltl
                                  United States District Judge