**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

JOHNNY FERNANDEZ and RESCALVO
MERCENARIO, on behalf of themselves
and others similarly situated,                     19-cv-3496 (JGK)

                  Plaintiffs,                        ORDER

       - against -

RAY AND FRANK LIQUOR STORE INC. and
RAYMOND FRIAS,

                  Defendants.
_____

**JOHN G. KOELTL, District Judge:**

The parties should advise the Court by Monday, **April 20, 2020,** whether judgment should be entered dismissing this case against all of the defendants, or whether the case should remain open and no judgment entered, because the corporate defendant does not appear to be a party to the settlement agreement.

**SO ORDERED.**

**Dated:    New York, New York**
           **April 13, 2020**        _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                        **United States District Judge**