```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
――――――――――――――――――――――――――――――――

JOHNNY FERNANDEZ and RESCALVO
MERCENARIO, on behalf of themselves
and others similarly situated,                    19-cv-3496 (JGK)

               Plaintiffs,                          ORDER

    - against -

RAY AND FRANK LIQUOR STORE INC., ET
AL.,

               Defendants.

――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiffs have served the defendant, Ray and Frank Liquor Store Inc., with an Order to Show Cause why a default judgment should not be entered. The defendant has failed to respond. Therefore, the plaintiffs are entitled to a default judgment. The matter is referred to the Magistrate Judge for an inquest on damages.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **July 15, 2020**           _____/s/ John G. Koeltl_____
                                                     **John G. Koeltl**
                                       **United States District Judge**