UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY FERNANDEZ and RESCALVO MERCENARIO (A/K/A RICARDO), *individually and on behalf of others similarly situated,*<br><br>                                      Plaintiffs,<br><br>-against-<br><br>RAY AND FRANK LIQUOR STORE INC. (D/B/A RAY AND FRANK'S LIQUOR STORE) and RAYMOND FRIAS,<br><br>                                      Defendants. | Case No. 19-cv-3496 |



### [Proposed] JUDGMENT
### JUDGMENT

On October 26, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JOHNNY FERNANDEZ and RESCALVO MERCENARIO have judgment against Defendant RAYMOND FRIAS, in the amount of $60,000, (Sixty Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: 10/27, 2020

_____
HON. JOHN G. KOELTL