```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOHNNY FERNANDEZ ET AL.,

                Plaintiffs,

   - against -

RAY AND FRANK LIQUOR STORE ET AL.,

                Defendants.

19-cv-3496 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

In an Order dated October 27, 2020, the Court entered a Judgment against Raymond Frias. See ECF No. 51. During the teleconference held on August 5, 2021, the plaintiffs indicated that they are no longer pursuing the action against the other defendant in the case, Ray and Frank Liquor Store Inc. Accordingly, the defendant Ray and Frank Liquor Store Inc. is dismissed and the Judgment entered on October 27, 2020 is the final judgment in this case. The plaintiffs are entitled to enforce the judgment.

SO ORDERED.

Dated:    New York, New York
            August 5, 2021

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                          United States District Judge

*[Handwritten]:* The Clerk is directed to close this case. So ordered. /s/ John G. Koeltl 8/5/21 U.S.D.J.